# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

WILLIAM THOMAS MILLENDER,

Petitioner

No. 170 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.